UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL AARON REED, : | |
| Petitioner : | CIVIL ACTION NO. 3:15-1539 |
| v. : | (JUDGE MANNION) |
| : | |
| JAMES ECKARD, : | |
| Respondent | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: July 8, 2022**
15-1539-01-ORDER